STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT

FILED  1st JUDICIAL DISTRICT COURT
Santa Fe County
3/12/2020 2:02 PM
KATHLEEN VIGIL CLERK OF THE COURT
Tamara Snee

BRITNI JONES,

        Plaintiff,

v.

        No. D-101-CV-2020-00708

        Case assigned to Sanchez-Gagne, Maria S.

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC d/b/a
BURGER KING,

        Defendants.

## COMPLAINT FOR DAMAGES

    Britni Jones, by and through her attorneys Valdez and White Law Firm, LLC

(Timothy L. White), for her claims against the Defendants, states:

    1.    This is an action for damages arising from Britni's wrongful

termination by Defendants in violation of the implied contract between the parties.

    2.    Jurisdiction and venue are proper in this court as all acts complained

of occurred in Curry County, New Mexico and Defendants' registered agent for

service is found in Santa Fe, New Mexico.

    3.    Defendants were at all relevant times residing in or doing business in

Curry County and/or Chaves County, New Mexico, respectively.

    4.    Plaintiff was one of three managers at the Burger King franchise

owned by Legacy Burgers, LLC (Burger King) located at 2520 N. Prince Street in

Clovis, New Mexico.

    5.    Plaintiff worked for Defendants for the past seven (7) years and

EXHIBIT A

performed well at her job.

6.     On or around August 8, 2019, a uniformed local police officer ordered food for himself and an associate using the drive-thru at the restaurant.

7.     An unknown employee working in the kitchen drew a pig face on the wrapper of the officer's burger and allowed that burger to be given to the officer with the pig face drawing on it.

8.     At the same time, Plaintiff was in a back office with the door closed preparing paperwork and getting ready to leave for the day.

9.     Plaintiff was completely unaware of the pig face drawing being made on an officer's burger wrapper or that it was given to the officer.

10.  Had she been aware of the drawing, Plaintiff would not have allowed the burger to be served to the officer and would have addressed it in appropriate fashion with the employee or employees who made the drawing and served it to the officer.

11.  Plaintiff was fired by Derrick Young as a result of the other employees' misconduct described here despite Young and Burger King knowing before that that Plaintiff had no knowledge of those misdeeds or opportunity to explain why she was innocent of any wrongdoing, contrary to established practices both used by and seen by her as a manager of Defendants' restaurant, to use progressive discipline in instances where employees' actions or performance need to be addressed.

## COUNT I: BREACH OF IMPLIED CONTRACT

12.     Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

13.     Defendant Legacy Burgers' and Plaintiff's relationship was governed by an implied agreement that Plaintiff could only be discharged for cause.

14.     Defendant through its written and verbal policies and procedures including its words, actions, and how it dealt with similarly situated employees created an implied agreement that Plaintiff could only be discharged for cause.

15.     Defendants breached this agreement with Plaintiff by firing her without good cause.

16.     Plaintiff has been damaged as a direct and proximate cause of Defendants' breach in an amount to be proven at trial.

## COUNT II: BREACH OF IMPLIED CONTRACT TO FOLLOW CERTAIN PROCEDURES.

17. Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

18.     Defendants through their written and verbal policies and procedures including their words, actions, and how they dealt with similarly situated employees created an implied agreement that Plaintiff could only be discharged after following certain progressive disciplinary procedures.

19.     Defendants breached this agreement with Plaintiff by firing her without following its own procedures or by fabricating pre-textual reasons to terminate Plaintiff with the ultimate goal of terminating her.

20.     Plaintiff has been damaged as a direct and proximate cause of Defendants' breach in an amount to be proven at trial.

## COUNT III – PRIMA FACIE TORT

21.     The allegations of paragraphs 1 through 20 above are incorporated here by reference.

22.     Plaintiff's employment was terminated as a result of Defendants'

investigation intentionally being manipulated to present false or misleading information about plaintiff or ignoring the undisputed facts that she had no knowledge of the employees' misconduct described above or role in it. Defendant intended its acts or knew with certainty that ignoring those facts and its prior use of progressive discipline in such circumstances would result in terminating Plaintiff's employment, thereby intentionally injuring Plaintiff.

23.     Defendants' actions in this regard were a proximate cause of Plaintiff's employment being terminated. There was no justifiable reason under the circumstances for Defendant to manipulate the information or communicate false or misleading information about Plaintiff's role in these circumstances. Plaintiff has been damaged by Defendants' conduct in an amount to be proven at trial. Defendants' conduct was willful, malicious and in conscious disregard of Plaintiff's rights entitling her to punitive damages.

## REQUESTED FOR RELIEF

For the reasons set forth in this complaint, Plaintiff respectfully requests that the Court enter judgment as follows:

1.     Against Defendants for all lawfully recoverable compensatory and punitive damages in amount to be determined by the jury;

2.     Against Defendants for costs, expenses and attorneys' fees; and

3.     For such other relief as the Court finds Plaintiff entitled.

Respectfully submitted,

Valdez and White Law Firm, LLC

By: */s/ Timothy L. White*
Timothy L. White
P.O. Box 25646

Albuquerque, N.M. 87125
Phone: (505) 345-0289
Facsimile: (505) 345-2573
tim@valdezwhite.com

FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
4/30/2020 2:04 PM
KATHLEEN VIGIL CLERK OF THE COURT
Leah Baldonado

STATE OF NEW MEXICO
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE

BRITNI JONES,

       Plaintiff,

vs.                              No. D-101-CV-2020-00708

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC d/b/a
BURGER KING,,

       Defendants.

## JURY DEMAND (SIX-PERSON)

COMES NOW Plaintiff Britni Jones, by and through her attorneys Valdez and White

Law Firm, LLC (Timothy L. White), and makes this demand for a six-person jury for all claims

in this matter to be tried to a jury.

                    Respectfully submitted,

                    VALDEZ AND WHITE LAW FIRM, LLC

          By:  */s/ Timothy L. White*
                Timothy L. White
                P.O. Box 25646
                Albuquerque, N.M. 87125
                Phone: (505) 345-0289
                Facsimile: (505) 345-2573
                tim@valdezwhite.com
                *Attorneys for Plaintiff*

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was filed in Odyssey on April 30, 2020, thereby serving all counsel of record.

<u>/s/Timothy L. White</u>
Timothy L. White

| **SUMMONS** |
|---|

| District Court: First Judicial<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave,<br>Santa Fe, New Mexico  87501<br>Court Telephone: (505) 455-8250 | Case Number: D-101-CV-2020-00708<br><br>Judge:   Honorable   Maria   Sanchez-Gagne |
|---|---|
| Britni Jones<br>    Plaintiff,<br>v.<br><br>Legacy Burgers, Inc., d/b/a Burger King and<br>**Derrick Young, Individually** and as Agent<br>of Legacy Burgers, Inc., d/b/a Burger King<br><br>   Defendants. | Name: **Derrick Young**<br>326 Karen Ave<br>Las Cruces, NM  88007 |

### TO THE ABOVE NAMED DEFENDANT(S):  Take notice that

**1.**  A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**  You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

**3.**  You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**  If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**  You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**  If you need an interpreter, you must ask for one in writing.

**7.**  You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____Santa Fe_____, New Mexico, on this __9__ day of _____April_____2020.

KATHLEEN VIGIL_____, CLERK OF COURT

By: _____
   Deputy

Attorney for Plaintiff
Name: Timothy L. White
Address: PO Box 25646
Albuquerque, NM  87125
Telephone: (505)345-0289
Fax: (505) 345-2573
Email Address: tim@valdezwhite.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

| **SUMMONS** |
|---|

| District Court: First Judicial<br>Santa Fe County, New Mexico<br>Court Address: 225 Montezuma Ave,<br>Santa Fe, New Mexico  87501<br>Court Telephone: (505) 455-8250 | Case Number: D-101-CV-2020-00708<br><br>Judge:   Honorable   Maria   Sanchez-Gagne |
|---|---|
| Britni Jones<br>                 Plaintiff,<br>v.<br><br>**Legacy Burgers, Inc., d/b/a Burger King**,<br>and<br>Derrick Young, Individually and as Agent<br>of Legacy Burgers, Inc., d/b/a Burger King<br><br>                 Defendants. | Name: **Legacy Burgers, Inc., d/b/a Burger King**<br>c/o Paracorp, Incorporated<br>Address: 1012 Marquez Pl, #106-B<br>Santa Fe, New Mexico  87505 |

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5**.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____Santa Fe_____, New Mexico, on this __9__ day of _____April_____2020.

KATHLEEN VIGIL_____, CLERK OF COURT

By: _____
           Deputy

Attorney for Plaintiff
Name: Timothy L. White
Address: PO Box 25646
Albuquerque, NM  87125
Telephone: (505)345-0289
Fax: (505) 345-2573
Email Address: tim@valdezwhite.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

FILED  1st JUDICIAL DISTRICT COURT
Santa Fe County
4/17/2020 4:02 PM
KATHLEEN VIGIL CLERK OF THE COURT
Breanna Aguilar

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

BRITNI JONES,

        Plaintiff,

v.                                No. D-101-CV-2020-00708

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC d/b/a
BURGER KING,

        Defendants.

### **RETURN OF SERVICE**

Plaintiff Britni Jones, by and through her attorney of record, VALDEZ & WHITE

LAW FIRM, LLC (Timothy L. White), pursuant to Rule 1-004(l) NMRA, hereby certifies

that Defendant Derrick Young as agent of Legacy Burgers, LLC d/b/a Burger was served

with the following documents:

1. Summons on Complaint for Damages

2. Endorsed copy of Complaint for Damages

Defendant Derrick Young as agent of Legacy Burgers, LLC, d/b/a Burger King was

served via Legacy Burgers, LLC's registered agent, Paracorp, Incorporated via Certified

Priority Mail article 7019 0700 0001 1993 2254 (Exhibit A, page 1). The USPS Tracking

information shows the item was, "Delivered to Agent for Final Delivery" at 12:25 p.m. on

April 11, 2020 in Santa Fe, New Mexico (Exhibit A, page 2). The return receipt was received

by Valdez & White Law Firm, LLC on April 17, 2020 and shows an illegible signature noted

as "Agent" on "4/11" (Exhibit A, page 4). Defendant has been sufficiently served in accordance with Rule l-004(G)(3) NMRA.

Respectfully submitted,

VALDEZ & WHITE LAW FIRM, LLC

By:/s/Timothy L. White
Timothy L. White
PO Box 25646
Albuquerque, NM 87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com

CERTIFICATE OF SERVICE

l hereby certify that a true and correct copy of this pleading was electronically filed in Odyssey on this 17th day of April 2020, thereby serving all counsel of record.

/s/Timothy L. White
Timothy L. White

**RETURN**

STATE OF NEW MEXICO )

COUNTY OF Bernalillo )ss

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Bernalillo county on the 11th day of April , 2020, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[X]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA.

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

*Timothy White*
Signature of person making service

*attorney for plaintiff*
Title (*if any*)

Subscribed and sworn to before me this 17th day of April , 20 ___

Judge, notary or other officer
authorized to administer oaths
_____
Official title

Official Seal
J R ALROY
Notary Public
State of New Mexico
My Commission Expires 4/20/21

```
================================================
                 ALBUQUERQUE
           1135 BROADWAY BLVD NE
         ALBUQUERQUE, NM 87101-0001
                 340127-0101
                (800)275-8777
             04/10/2020 08:45 AM
================================================
================================================
Product              Qty    Unit      Price
                            Price
------------------------------------------------
PM 2-Day              1     $7.75      $7.75
Flat Rate Env
    (Domestic)
    (SANTA FE, NM  87505)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 04/13/2020)
Certified                             $3.55
    (USPS Certified Mail #)
    (70190700000119932254)
Return Receipt                        $2.85
    (USPS Return Receipt #)
    (9590940246448323007984)
PM 2-Day              1     $7.75      $7.75
Flat Rate Env
    (Domestic)
    (LAS CRUCES, NM  88007)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 04/13/2020)
Certified                             $3.55
    (USPS Certified Mail #)
    (70190700000119932247)
Return Receipt                        $2.85
    (USPS Return Receipt #)
    (9590940246448323008035)
------------------------------------------------
Total:                               $28.30

------------------------------------------------
Debit Card Remit'd                   $28.30
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5996)
    (Approval #)
    (Transaction #:432)
    (Receipt #:028824)
    (Debit Card Purchase:$28.30)
    (Cash Back:$0.00)
    (AID:A0000000980840       Chip)
    (AL:US DEBIT)
    (PIN:Verified)
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

SANTA FE, NM 87505

OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0101 |
| $ | $3.55 | | 8 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.75 | |
| $ | | |
| Total Postage and Fees | $14.15 | 04/10/2020 |

Sent To  _Ho Burgerkie_
_LEGACY RODGERS/DERRICK YOUNG_
Street and Apt. No., or PO Box No.
_C/O PARLA CORP, INC._
City, State, ZIP+4®
_1012 MARQUEZ PL 106-B, SANTA FE NM 87505_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

1                                                          Exhibit A

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 70190700000119932254

Remove ✕

Your item has been delivered to an agent for final delivery in SANTA FE, NM 87505 on April 11, 2020 at 12:25 pm.

## ⊘ Delivered to Agent

April 11, 2020 at 12:25 pm
Delivered to Agent for Final Delivery
SANTA FE, NM 87505

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ︿

April 11, 2020, 12:25 pm
Delivered to Agent for Final Delivery
SANTA FE, NM 87505
Your item has been delivered to an agent for final delivery in SANTA FE, NM 87505 on April 11, 2020 at 12:25 pm.

April 11, 2020, 10:24 am
Delivery Attempted - No Access to Delivery Location
SANTA FE, NM 87505

Exhibit A

April 11, 2020, 8:28 am
Out for Delivery
SANTA FE, NM 87505

April 11, 2020, 8:17 am
Arrived at Unit
SANTA FE, NM 87505

April 11, 2020, 1:04 am
Arrived at USPS Regional Facility
ALBUQUERQUE NM DISTRIBUTION CENTER ANNEX

April 10, 2020, 3:05 pm
Departed Post Office
ALBUQUERQUE, NM 87101

April 10, 2020, 8:42 am
USPS in possession of item
ALBUQUERQUE, NM 87101

Feedback

**Product Information**  ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Exhibit A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

1. Article Addressed to: LEGACY BURGERS, INC,
dba BURGER KING
-AND-
DERRICK YOUNG
C/O PARACORP, INCORPORATED
1012 MARQUEZ PL UNIT106B
SANTA FE NM 87505

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4644 8323 0079 84

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7019 0700 0001 1993 2254

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---



9590 9402 4644 8323 0079 84

First-Class Mail
Postage & Fees Pai
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

VALDEZ & WHITE LAW FIRM, LLC
PO BOX 25646
ALBUQUERQUE, NM    87125

LB/nysum

4                                                          Exhibit A

FILED  1st JUDICIAL DISTRICT COURT
Santa Fe County
4/17/2020 4:02 PM
KATHLEEN VIGIL CLERK OF THE COURT
Breanna Aguilar

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

BRITNI JONES,

       Plaintiff,

v.                               No. D-101-CV-2020-00708

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC d/b/a
BURGER KING,

       Defendants.

## **RETURN OF SERVICE**

Plaintiff Britni Jones, by and through her attorney of record, VALDEZ & WHITE

LAW FIRM, LLC (Timothy L. White), pursuant to Rule 1-004(l) NMRA, hereby certifies

that Defendant Legacy Burgers, LLC, d/b/a Burger King was served with the following

documents:

1. Summons on Complaint for Damages

2. Endorsed copy of Complaint for Damages

Defendant Legacy Burgers, LLC, d/b/a Burger King was served via their registered

agent, Paracorp, Incorporated via Certified Priority Mail article 7019 0700 0001 1993 2254

(Exhibit A, page 1). The USPS Tracking information shows the item was, "Delivered to

Agent for Final Delivery" at 12:25 p.m. on April 11, 2020 in Santa Fe, New Mexico (Exhibit

A, page 2). The return receipt was received by Valdez & White Law Firm, LLC on April 17,

2020 and shows an illegible signature noted as "Agent" on "4/11" (Exhibit A, page 4).

Defendant has been sufficiently served in accordance with Rule l-004(G)(3) NMRA.

Respectfully submitted,

VALDEZ & WHITE LAW FIRM, LLC

By:/s/Timothy L. White
Timothy L. White
PO Box 25646
Albuquerque, NM 87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com

CERTIFICATE OF SERVICE

l hereby certify that a true and correct copy of this pleading was electronically
filed in Odyssey on this 17th day of April 2020, thereby serving all counsel of record.

/s/Timothy L. White
Timothy L. White

**RETURN**

STATE OF NEW MEXICO  )
                         )ss
COUNTY OF Bernalillo   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Bernalillo county on the 11th day of April, 2020, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

☒    to the defendant by mail [courier service] as provided by Rule 1-004 NMRA.

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]    to _____, an agent authorized to receive service of process for defendant _____.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

                               *Timothy White*
                               Signature of person making service

                               *attorney for plaintiff*
                               Title (*if any*)

Subscribed and sworn to before me this 17th day of April, 20 ___

Judge, notary or other officer
authorized to administer oaths
_____
Official title

Official Seal
J R ALROY
Notary Public
State of New Mexico
My Commission Expires 4/29/21

```
================================================
                ALBUQUERQUE
           1135 BROADWAY BLVD NE
          ALBUQUERQUE, NM 87101-0001
                 340127-0101
                (800)275-8777
              04/10/2020 08:45 AM
================================================

================================================
------------------------------------------------
Product              Qty    Unit        Price
                            Price
------------------------------------------------
PM 2-Day              1    $7.75        $7.75
Flat Rate Env
    (Domestic)
    (SANTA FE, NM  87505)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 04/13/2020)
Certified                               $3.55
    (USPS Certified Mail #)
    (70190700000119932254)
Return Receipt                          $2.85
    (9590940246448323007984)
PM 2-Day              1    $7.75        $7.75
Flat Rate Env
    (Domestic)
    (LAS CRUCES, NM  88007)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 04/13/2020)
Certified                               $3.55
    (USPS Certified Mail #)
    (70190700000119932247)
Return Receipt                          $2.85
    (9590940246448323008035)
------------------------------------------------

------------------------------------------------
Total:                                 $28.30
------------------------------------------------

------------------------------------------------
Debit Card Remit'd                     $28.30
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX5996)
    (Approval #)
    (Transaction #:432)
    (Receipt #:028824)
    (Debit Card Purchase:$28.30)
    (Cash Back:$0.00)
    (AID:A0000000980840          Chip)
    (AL:US DEBIT)
    (PIN:Verified)
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

SANTA FE, NM 87505        OFFICIAL USE

| Certified Mail Fee | | |
|---|---|---|
| $ $3.55 | | 0101 |
| Extra Services & Fees (check box, add fee as appropriate) | | 6 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ $7.75 | | |
| Total Postage and Fees | | 04/10/2020 |
| $ $14.15 | | |

Sent To _LEGACY RODGERS/DERRICK YOUNG_
Street and Apt. No., or PO Box No. _C/O  PAULA CORP, INC._
City, State, ZIP+4® _1012 MARQUEZ PL 106-B, SANTA FE NM 87505_

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

1                                              Exhibit A

# USPS Tracking®

**FAQs** ❯

## Track Another Package ✛

**Tracking Number:** 70190700000119932254

Remove ✕

Your item has been delivered to an agent for final delivery in SANTA FE, NM 87505 on April 11, 2020 at 12:25 pm.

## ⊘ Delivered to Agent

April 11, 2020 at 12:25 pm
Delivered to Agent for Final Delivery
SANTA FE, NM 87505

**Get Updates** ⌄

Feedback

**Text & Email Updates**                                                   ⌄

**Tracking History**                                                        ⌃

April 11, 2020, 12:25 pm
Delivered to Agent for Final Delivery
SANTA FE, NM 87505
Your item has been delivered to an agent for final delivery in SANTA FE, NM 87505 on April 11, 2020 at 12:25 pm.

April 11, 2020, 10:24 am
Delivery Attempted - No Access to Delivery Location
SANTA FE, NM 87505

Exhibit A

April 11, 2020, 8:28 am
Out for Delivery
SANTA FE, NM 87505

April 11, 2020, 8:17 am
Arrived at Unit
SANTA FE, NM 87505

April 11, 2020, 1:04 am
Arrived at USPS Regional Facility
ALBUQUERQUE NM DISTRIBUTION CENTER ANNEX

April 10, 2020, 3:05 pm
Departed Post Office
ALBUQUERQUE, NM 87101

April 10, 2020, 8:42 am
USPS in possession of item
ALBUQUERQUE, NM 87101

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: LEGACY BURGERS, INC.
   dba BURGER KING
   -AND-
   DERRICK YOUNG
   C/O PARACORP, INCORPORATED
   1012 MARQUEZ PL UNIT 106B
   SANTA FE NM 87505

9590 9402 4644 8323 0079 84

2. Article Number (Transfer from service label)

7019 0700 0001 1993 2254

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4644 8323 0079 84

**United States Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

VALDEZ & WHITE LAW FIRM, LLC
PO BOX 25646
ALBUQUERQUE, NM   87125

LB/nysum

Exhibit A