IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRITNI JONES,

    Plaintiff,

v.                                      Case No. _____

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC
d/b/a BURGER KING,

    Defendants.

## DECLARATION OF DERRICK YOUNG

I, Derrick Young, make the following statement:

1. I was a Vice President of Operations for Legacy Burgers, LLC ("Legacy Burgers") in 2019 and oversaw the operations in the states of New Mexico and Colorado.

2. I separated my employment with Legacy Burgers in December 2019. I have not had any employment or agency relationship with Legacy Burgers since that time. I have never consented to Legacy Burgers or its agent for service of process in New Mexico accepting service of process for me.

3. I currently reside in Reno, Nevada and have since December 2019.

4. I consent to the removal of the case of *Britni Jones v. Legacy Burgers, LLC and Derrick Young* (Case No. D-101-CV-2020-00708, filed in the State of New Mexico, County of Santa Fe, First Judicial District) to the Federal District Court for the District of New Mexico.

I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing statement is true and correct. Executed on May 7, 2020.

                                                                     _____
                                                                     Derrick Young

**EXHIBIT B**