IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRITNI JONES,

    Plaintiff,

v.                                        No. 2:20-cv-00441 JCH/SMV

LEGACY BURGERS, LLC d/b/a
BURGER KING, and
DERRICK YOUNG, individually
and as agent of LEGACY BURGERS, LLC
d/b/a/ BURGER KING,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to an agreement of compromise and settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby stipulates to the dismissal of all claims with prejudice. The parties shall each bear their own attorney's fees and costs.

**SUBMITTED:**

VALDEZ AND WHITE LAW FIRM, LLC

By: _/s/ Timothy L. White_
Timothy L. White
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com
*Attorneys for Plaintiff*

**APPROVED:**

RODEY DICKASON SLOAN AKIN & ROBB PA
Thomas L. Stahl
Cristina Adams
PO Box 1888
Albuquerque, NM 87103-1888
(505) 765-5900
TStahl@rodey.com
CAdams@rodey.com
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June 2021, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

RODEY DICKASON SLOAN AKIN & ROBB PA
Thomas L. Stahl
Cristina Adams
PO Box 1888
Albuquerque, NM 87103-1888
(505) 765-5900
TStahl@rodey.com
CAdams@rodey.com
*Attorneys for Defendants*

*/s/Timothy L. White*
Timothy L. White